ALBERT KEVORKIAN *v.* PETER PAUL, INC., ET AL.
(2210)

DUPONT, C.P.J., HULL and BORDEN, Js.

Argued January 8—decision released March 5, 1985

*Robert E. Beach, Jr.,* for the appellants (defendants).

*Jeremiah Keefe,* with whom, on the brief, was *James E. Kernan,* for the appellee (plaintiff).

PER CURIAM. We have carefully reviewed the record in this case and we find that the decision of the compensation review division is correct in law. General Statutes § 31-301b. The finding did not include facts found without evidence nor did it fail to include material facts which are admitted or undisputed. *Grady* v. *St. Mary's Hospital,* 179 Conn. 662, 666, 427 A.2d 842 (1980); *Wheat* v. *Red Star Express Lines,* 156 Conn. 245, 248, 240 A.2d 859 (1968).

There is no error.